| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-17394 / MBK**

Almoataz B Basuoni Jr.

Petition Filed Date: 09/19/2022
341 Hearing Date: 10/20/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/26/2022 | $700.00 | 28250571960 | 11/09/2022 | $700.00 | 28442503877 | 12/20/2022 | $700.00 | 28442509784 |
| 02/01/2023 | $7,100.00 | 4078437 | 03/01/2023 | $7,100.00 | 90246400 | | | |

**Total Receipts for the Period:  $16,300.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $16,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Almoataz B Basuoni Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Moshe Rothenberg, Esq. | Attorney Fees | $4,310.00 | $0.00 | $4,310.00 |
| | »» AMD DISCLOSURE 3/5/23 | No Disbursements: No Check | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,703.16 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC | Unsecured Creditors | $592.91 | $0.00 | $0.00 |
| | »» JUDGMENT DC #344/14 | | | | |
| 3 | FEDERAL HOME LOAN MORTGAGE CORP | Mortgage Arrears | $338.34 | $0.00 | $0.00 |
| | »» P/5 EDWARD AVE/1ST MTG | | | | |
| 4 | CITIMORTAGE, INC | Mortgage Arrears | $473,985.97 | $0.00 | $0.00 |
| | »» NP/66 MADISON AVE/1ST MTG | | | | |

**Chapter 13 Case No. 22-17394 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,300.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $7,100.00 |
| Paid to Trustee: | $1,173.60 | Arrearages: | $0.00 |
| Funds on Hand: | $15,126.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

