UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Almoataz B Basuoni

Order Filed on May 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-17394

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

MATTHEW J. PLATKIN
Attorney General of New Jersey
Richard J. Hughes Justice Complex
P.O. Box 106
25 Market Street
Trenton, New Jersey 08625-0106
*Attorney for New Jersey Department of Community Affairs,*
*Division of Codes and Standards – Bureau of Housing Inspection*

By:       Craig S. Keiser, Deputy Attorney General (151132015)
Phone:    (609) 376-2967
Email:    craig.keiser@law.njoag.gov

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re:<br><br>ALMOATAZ B. BASUONI,<br><br>Debtor | Case No. 22-17394-MBK<br><br>Chapter 13<br><br>**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM** |

This Consent Order is entered into by and between the New Jersey Department of Community Affairs, Division of Codes and Standards, Bureau of Housing Inspection ("Bureau") and Almoataz B. Basuoni ("Debtor").

**WHEREAS** Debtor owns a multiple family dwelling located at 66 Madison Avenue, Jersey City, New Jersey; and

**WHEREAS** the Bureau is charged with enforcing the Hotel and Multiple Dwelling Law, pursuant to N.J.S.A. 55:13A-1 to -31 ("HMDL"); and

**WHEREAS** the Bureau issued violations to Debtor pursuant to its authority under the HMDL totaling $6,377.95; and

**WHEREAS** part of the outstanding debt owed to the Bureau is secured in the amount of $1,625.13; and

1

**WHEREAS** the bar date to file the Bureau's proof of claim for the aforementioned debt has passed;

**WHEREAS** the Debtor has consented to allow the aforementioned debt as part of Debtor's bankruptcy notwithstanding that the bar date has passed, it is hereby

**ORDERED** that the Bureau's claim totaling $6,377.95, including $1,625.13 in secured debt, is hereby allowed as a late filed claim.

We hereby consent to the entry, form and substance of this Consent Order.

DATED:                           BY:   /s/ Moshe Rothenberg, Esq
                                       Moshe Rothenberg, Esquire


DATED: 5.1.2023                  BY:   /s/ Craig S. Keiser
                                       Craig S. Keiser, Deputy Attorney General

2