| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

Order Filed on May 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Almoataz B Basuoni | Case No.: 22-17394 |
| | Adv. No.: |
| | Hearing Date: |
| | Judge: Michael B. Kaplan |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

MATTHEW J. PLATKIN
Attorney General of New Jersey
Richard J. Hughes Justice Complex
P.O. Box 106
25 Market Street
Trenton, New Jersey 08625-0106
    *Attorney for New Jersey Department of Community Affairs,*
    *Division of Codes and Standards – Bureau of Housing Inspection*

By:      Craig S. Keiser, Deputy Attorney General (151132015)
Phone:  (609) 376-2967
Email:   craig.keiser@law.njoag.gov

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>ALMOATAZ B. BASUONI,<br><br>    Debtor | Case No. 22-17394-MBK<br><br>Chapter 13<br><br>**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM** |

    This Consent Order is entered into by and between the New Jersey Department of Community Affairs, Division of Codes and Standards, Bureau of Housing Inspection ("Bureau") and Almoataz B. Basuoni ("Debtor").

    **WHEREAS** Debtor owns a multiple family dwelling located at 66 Madison Avenue, Jersey City, New Jersey; and

    **WHEREAS** the Bureau is charged with enforcing the Hotel and Multiple Dwelling Law, pursuant to N.J.S.A. 55:13A-1 to -31 ("HMDL"); and

    **WHEREAS** the Bureau issued violations to Debtor pursuant to its authority under the HMDL totaling $6,377.95; and

    **WHEREAS** part of the outstanding debt owed to the Bureau is secured in the amount of $1,625.13; and

1

**WHEREAS** the bar date to file the Bureau's proof of claim for the aforementioned debt has passed;

**WHEREAS** the Debtor has consented to allow the aforementioned debt as part of Debtor's bankruptcy notwithstanding that the bar date has passed, it is hereby

**ORDERED** that the Bureau's claim totaling $6,377.95, including $1,625.13 in secured debt, is hereby allowed as a late filed claim.

We hereby consent to the entry, form and substance of this Consent Order.

DATED:                    BY:    /s/ Moshe Rothenberg, Esq.
                                 Moshe Rothenberg, Esquire


DATED:    5.1.2023         BY:    /s/ Craig S. Keiser
                                  Craig S. Keiser, Deputy Attorney General

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17394-MBK |
| Almoataz B Basuoni | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Almoataz B Basuoni, 5 Edward Avenue, Old Bridge, NJ 08857-2101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor Bureau of Housing Inspection craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Cenlar FSB as servicer for CitiMortgage Inc. mcozzini@sternlav.com |
| Moshe Rothenberg | on behalf of Debtor Almoataz B Basuoni moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 15, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6