| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>103 Eisenhower Parkway - Suite 100<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2<br>By: Maria Cozzini, Esq. | Order Filed on August 24, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Almoataz B Basuoni Jr.<br><br><br>    Debtor(s) | Case No.: 22-17394-MBK<br>Chapter:   13<br>Hearing Date:  August 9, 2023<br>Judge:   Michael B. Kaplan U.S.B.J. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: August 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Almoataz B Basuoni Jr.
Case No.:22-17394-MBK
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the Motion of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

    - Land and premises commonly known as **66 Madison Ave, Jersey City, NJ 07304**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. Movant additionally seeks relief from the co-debtor stay pursuant to 11 U.S.C. §1301(c). Section 1301 (c)(1) provides that the co-debtor stay shall be lifted where, as between the debtor and co-debtor, the co-debtor received the consideration for the claim held by Secured Creditor.

4. The co-debtor stay against "Ahmed B. Basuoni" is lifted pursuant to 11 U.S.C. 1301(c).

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.