Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17394−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Almoataz B Basuoni
  aka Al Moataz Basuoni
  5 Edward Avenue
  Old Bridge, NJ 08857

Social Security No.:
  xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/30/23 at 01:00 PM

to consider and act upon the following:

*12* − Chapter 13 Plan and Request for Valuation of Security, and Motion for Lien Avoidance. Filed by Moshe Rothenberg on behalf of Almoataz B Basuoni Jr.. (Rothenberg, Moshe)

*33* − Motion for Relief from Stay re: 66 MADISON AVE, JERSEY CITY, NJ 07304. Fee Amount $ 188. Filed by Maria Cozzini on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR−IN−INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTI. Hearing scheduled for 8/9/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Cozzini, Maria)

Dated: 10/5/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court