Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17394−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Almoataz B Basuoni
   aka Al Moataz Basuoni
   5 Edward Avenue
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/30/23 at 01:00 PM

to consider and act upon the following:

*12 −* Chapter 13 Plan and Request for Valuation of Security, and Motion for Lien Avoidance. Filed by Moshe Rothenberg on behalf of Almoataz B Basuoni Jr.. (Rothenberg, Moshe)

*33 −* Motion for Relief from Stay re: 66 MADISON AVE, JERSEY CITY, NJ 07304. Fee Amount $ 188. Filed by Maria Cozzini on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR−IN−INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTI. Hearing scheduled for 8/9/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Cozzini, Maria)

Dated: 10/5/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 22-17394-MBK
Almoataz B Basuoni      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Oct 05, 2023      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Almoataz B Basuoni, 5 Edward Avenue, Old Bridge, NJ 08857-2101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
    docs@russotrustee.com

Craig Scott Keiser
    on behalf of Creditor Bureau of Housing Inspection craig.keiser@law.njoag.gov

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini
    on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTI mcozzini@sternlav.com

Maria Cozzini
    on behalf of Creditor Cenlar FSB as servicer for CitiMortgage Inc. mcozzini@sternlav.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

Moshe Rothenberg
    on behalf of Debtor Almoataz B Basuoni moshe@mosherothenberg.com
    alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7