# Moshe Rothenberg Esq.

880 East Elmer Road, Vineland, NJ 08360
Phone: (856) 236-4374 Fax: (856) 405-6769
Email: moshe@mosherothenberg.com

_____

October 10, 2023

<u>*Via E-Mail*</u>
Honorable Michael B. Kaplan
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Courtroom #8
Trenton, N.J. 08608

   Re: Almoataz B. Basuoni
      Chapter 13 Bankruptcy Case No. 22-17394

Dear Judge Kaplan:

  Immediately following the confirmation hearing last Thursday, I contacted Robert Hanlon, the appraiser we used to prepare our report to let him know the date for the evidentiary hearing. Without prior warning, he notified me that he had been suffering from various health ailments and had recently retired. I asked him if he would be willing to "come out of retirement" for this hearing, but citing health concerns, he refused. Therefore, we are currently searching for a new appraiser.

  In light of the above, we respectfully request a 30-day adjournment of the evidentiary hearing currently set down for October 30, 2023. Thank you.

          Respectfully,

         <u>/s/ Moshe Rothenberg, Esq.</u>
         Moshe Rothenberg, Esq.
         Attorney for Debtor

Cc: Erik Collazo, Chapter 13 Trustee (via e-mail)
Maria Cozzini, Esq., Counsel for Secured Creditor (via e-mail)
MR/aj