TPC Appraisal Services
137 1/2 Washington Ave Suite 172
Belleville, NJ 07109
201-719-6307


11/29/2023

Basuoni, Al Moataz B. & Ahmed A.
5 Edward Ave
Old Bridge, NJ 08857


Re:  Property:      66 Madison Ave
                            Jersey City, NJ 07304
     Borrower:      n/a
     File No.:         66 Madison Ave


Opinion of Value: $   400,000
Effective Date:       09/19/2022


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is
attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal
report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and
city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the
report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and
limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional
service to you.


Sincerely,


Lance Brown  42RC00271900
Certified appraiser
License or Certification #: 42RC00271900
State: NJ      Expires: 12/31/2023
lance.tpc@gmail.com

# APPRAISAL OF REAL PROPERTY

## LOCATED AT

66 Madison Ave
Jersey City, NJ 07304
Block: 18603 Lot:  07

## FOR

Basuoni, Al Moataz B. & Ahmed A.
5 Edward Ave
Old Bridge, NJ 08857

## AS OF

09/19/2022

## BY

Lance Brown  42RC00271900
TPC Appraisal Services

201-719-6307
lance.tpc@gmail.com

| Borrower | n/a | | | | File No. | 66 Madison Ave |
|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | |

## TABLE OF CONTENTS

Letter of Transmittal .......................................................................................................................... 1
Cover Page ........................................................................................................................................ 2
GP Restricted .................................................................................................................................... 3
Subject Photos .................................................................................................................................. 5
Subject Photos Interior ..................................................................................................................... 6
Subject Photos Interior ..................................................................................................................... 7
Subject Photos Interior ..................................................................................................................... 8
Subject Photos Interior ..................................................................................................................... 9
Subject Photos Interior ..................................................................................................................... 10
Subject Photos Interior ..................................................................................................................... 11
Subject Photos Interior ..................................................................................................................... 12
Subject Photos Interior ..................................................................................................................... 13
Subject Photos Interior ..................................................................................................................... 14
Comparable Photos 1-3 .................................................................................................................... 15
General Text Addendum .................................................................................................................... 16
map ................................................................................................................................................... 17
property report - Page 1 ................................................................................................................... 18
property report - Page 2 ................................................................................................................... 19
property report - Page 3 ................................................................................................................... 20
property report - Page 4 ................................................................................................................... 21
property report - Page 5 ................................................................................................................... 22
contractor estimate - Page 1 ............................................................................................................ 23
contractor estimate - Page 2 ............................................................................................................ 24
contractor estimate - Page 3 ............................................................................................................ 25
contractor estimate - Page 4 ............................................................................................................ 26
contractor estimate chimney - Page 1 .............................................................................................. 27
contractor estimate chimney - Page 2 .............................................................................................. 28
contractor estimate chimney - Page 3 .............................................................................................. 29
contractor estimate chimney - Page 4 .............................................................................................. 30

# RESTRICTED APPRAISAL REPORT

File No.: 66 Madison Ave

## SUBJECT

| Field | Value |
|---|---|
| Property Address: | 66 Madison Ave | City: | Jersey City | State: | NJ | Zip Code: | 07304 |
| County: | Hudson | Legal Description: | Block: 18603 Lot: 07 |
| Assessor's Parcel #: | n/a |
| Tax Year: | 2023 | R.E. Taxes: $ 13,499 | Special Assessments: $ 0 | Borrower (if applicable): | n/a |
| Current Owner of Record: | Basuoni, Al Moataz B. & Ahmed A. | Occupant: ☐ Owner ☒ Tenant ☒ Vacant ☐ Manufactured Housing |
| Property Type: ☐ SFR ☒ 2-4 Family | # of Units: 3 | Ownership Restriction: ☒ None ☐ PUD ☐ Condo ☐ Coop |
| Market Area Name: | Bergen Lafayette | Map Reference: 35614 | Census Tract: 0043.00 | ☐ Flood Hazard |

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☒ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other:

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use:     Private appraisal to determine market value at time of inspection, effective date is retrospective 09/19/2022

Under USPAP Standards Rule 2–2(b), this is a Restricted Appraisal Report, and is for the sole use of the named client. There are no other intended uses. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

Client:  Basuoni, Al Moataz B. & Ahmed A.     Address:  5 Edward Ave, Old Bridge, NJ 08857

Appraiser:  Lance Brown  42RC00271900     Address:  137 1/2 Washington Ave Suite 172

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 66 Madison Ave Jersey City, NJ 07304 | 55 Atlantic St Jersey City, NJ 07304 | | 309 Claremont Ave Jersey City, NJ 07305 | | 49 Randolph Ave Jersey City, NJ 07305 | |
| Proximity to Subject | | | | | | | |
| Sale Price | $ n/a | $ 375,000 | | $ 385,000 | | $ 425,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 146.31 /sq.ft. | | $ 192.89 /sq.ft. | | $ 214.00 /sq.ft. | |
| Data Source(s) | Inspection | MLS 210002748 | | MLS 210018667 | | MLS 210016685 | |
| Verification Source(s) | n/a | Tax record | | Tax record | | Tax record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | n/a | Cash | | Private | | Cash | |
| Concessions | n/a | n/a | | n/a | | n/a | |
| Date of Sale/Time | n/a | 05/06/2021 | | 12/03/2021 | | 03/09/2022 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 2295 sf | 2500 sf | +2,050 | 1975 sf | +3,200 | 3125 sf | -8,300 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 3 Family Row | 2 Family | | 2 Family | | 2 Family | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 127 | 117 | | 107 | | 107 | |
| Condition | Poor  C6 | Average  C6 | | Poor  C6 | | Poor  C6 | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 15 6 3 | 11 5 3 | | 8 4 2 | | 11 6 2 | |
| Gross Living Area | 3,750 sq.ft. | 2,563 sq.ft. | 0 | 1,996 sq.ft. | 0 | 1,986 sq.ft. | 0 |
| Basement & Finished | Full | Full | | Full | | Full | |
| Rooms Below Grade | Unfinished | Unfinished | | Unfinished | | Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas/ No CAC | Gas/ No CAC | | Gas/ No CAC | | Gas/ No CAC | |
| Energy Efficient Items | None noted | Standard | | None noted | | None noted | |
| Garage/Carport | on street | 1 car driveway | -20,000 | on street | | on street | |
| Porch/Patio/Deck | none | none | | none | | none | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -17,950 | ☒ + ☐ - $ | 3,200 | ☐ + ☒ - $ | -8,300 |
| Adjusted Sale Price of Comparables | | Net 4.8 % Gross 5.9 % $ | 357,050 | Net 0.8 % Gross 0.8 % $ | 388,200 | Net 2.0 % Gross 2.0 % $ | 416,700 |

Summary of Sales Comparison Approach      See attached addenda.

GP RESTRICTED

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESTRICTED APPRAISAL REPORT

File No.: 66 Madison Ave

**TRANSFER HISTORY**

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): GSMLS tax record

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: n/a |
|---|---|
| Date: n/a | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: n/a | |
| Price: | |
| Source(s): | |

**MARKET**

Subject Market Area and Marketability: Subject is located in a residential area among homes of similar size and style. Routes 95,1, 440 and the GSP provide major access into the area. Nearby shopping and bus transportation are within one mile located on Communipaw Avenue. Trains to New York City are accessible.

**SITE**

| Site Area: 2295 sf | Site View: Residential | Topography: Average | Drainage: Average |
|---|---|---|---|

Zoning Classification: R1    Description:

Zoning Compliance: ☐ Legal ☒ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Highest & Best Use: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: 3 family residential    Use as appraised in this report: 1 and 2 family residential

Opinion of Highest & Best Use: 3 family residential

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 34017C0104D    FEMA Map Date 08/16/2006

Site Comments: There are no known easements or encroachments at time of inspection. A survey was not available for review. Appraiser did not observe any environmental conditions that would affect value or marketability. Appraiser is not qualified to make an accurate analysis of any in depth environmental conditions.

**IMPROVEMENTS**

Improvements Comments: Subject is in poor condition with no recent updates. The appraiser performed a visual inspection of easily accessible areas only, this appraisal cannot be relied upon to disclose adverse conditions or defects in the subject property. Property generally conforms to the area in terms of utility and style, condition is poor for the area. Estimate of value is based on the effective date of the appraisal.

**RECONCILIATION**

| Indicated Value by: Sales Comparison Approach $ | 400,000 | | |
|---|---|---|---|
| Indicated Value by: Cost Approach (if developed) $ | n/a | Indicated Value by: Income Approach (if developed) $ | n/a |

Final Reconciliation    Based on market trends and research, the appraised results and supports the current estimate of value. Any previous sales noted above the subject and/or comparable sales reflect the market trend between the last sale noted and recent sale price of the comparable or appraised value of the subject. Other than the dates listed above, there have been no known sales of the subject in the past three years and no known previous sales of comparables with the past one year. Greatest weight was given to the market data approach.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: The client is the only intended user of this report.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 400,000 , as of: 09/19/2022 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

**ATTACHMENTS**

A true and complete copy of this report contains 30 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☐ Scope of Work    ☐ Limiting Cond./Certifications    ☐ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum

☒ Map Addenda    ☒ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum

☐ Hypothetical Conditions    ☐ Extraordinary Assumptions

Client Contact:    Client Name: Basuoni, Al Moataz B. & Ahmed A.

E-Mail:    Address: 5 Edward Ave, Old Bridge, NJ 08857

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Lance Brown 42RC00271900 | Supervisory or Co-Appraiser Name: |
| Company: TPC Appraisal Services | Company: |
| Phone: 201-719-6307 Fax: | Phone: Fax: |
| E-Mail: lance.tpc@gmail.com | E-Mail: |
| Date of Report (Signature): 11/29/2023 | Date of Report (Signature): |
| License or Certification #: 42RC00271900 State: NJ | License or Certification #: State: |
| Designation: Certified appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: | Date of Inspection: |

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESTRICTED

## Subject Photo Page

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



**Subject Front**

66 Madison Ave
Sales Price          n/a
Gross Living Area    3,750
Total Rooms          15
Total Bedrooms       6
Total Bathrooms      3
Location             Residential
View                 Residential
Site                 2295 sf
Quality              Average
Age                  127

**no  rear photo available**

**Subject street**



**Subject Interior Photo Page**

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



**interior**

66 Madison Ave
Sales Price               n/a
Gross Living Area     3,750
Total Rooms            15
Total Bedrooms        6
Total Bathrooms       3
Location                  Residential
View                       Residential
Site                        2295 sf
Quality                    Average
Age                        127



**interior**



**interior**

**Subject Interior Photo Page**

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



**Subject Interior**

66 Madison Ave
| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 3,750 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 3 |
| Location | Residential |
| View | Residential |
| Site | 2295 sf |
| Quality | Average |
| Age | 127 |



**Subject Interior**



**Subject Interior**

**Subject Photo Page**

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



**interior**

66 Madison Ave

| | |
|---|---|
| Sales Price | n/a |
| G.L.A. | 3,750 |
| Tot. Rooms | 15 |
| Tot. Bedrms. | 6 |
| Tot. Bathrms. | 3 |
| Location | Residential |
| View | Residential |
| Site | 2295 sf |
| Quality | Average |
| Age | 127 |

**interior**



**interior**



| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



### Subject Interior

| | |
|---|---|
| 66 Madison Ave | |
| Sales Price | n/a |
| Gross Living Area | 3,750 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 3 |
| Location | Residential |
| View | Residential |
| Site | 2295 sf |
| Quality | Average |
| Age | 127 |



### Subject Interior



### Subject Interior

**Subject Interior Photo Page**

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



**Subject Interior**

66 Madison Ave

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 3,750 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 3 |
| Location | Residential |
| View | Residential |
| Site | 2295 sf |
| Quality | Average |
| Age | 127 |



**Subject Interior**



**Subject Interior**

**Subject Interior Photo Page**

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | |
| Property Address | 66 Madison Ave | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | |



**Subject Interior**

66 Madison Ave
Sales Price          n/a
Gross Living Area    3,750
Total Rooms          15
Total Bedrooms       6
Total Bathrooms      3
Location             Residential
View                 Residential
Site                 2295 sf
Quality              Average
Age                  127



**Subject Interior**



**Subject Interior**

**Subject Interior Photo Page**

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



**Subject Interior**

66 Madison Ave
| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 3,750 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 3 |
| Location | Residential |
| View | Residential |
| Site | 2295 sf |
| Quality | Average |
| Age | 127 |



**Subject Interior**



**Subject Interior**

**Subject Photo Page**

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | | State | NJ | Zip Code | 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |



### Subject Interior

66 Madison Ave

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 3,750 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 3 |
| Location | Residential |
| View | Residential |
| Site | 2295 sf |
| Quality | Average |
| Age | 127 |



### Subject Interior



### Subject chimney

**Subject Interior Photo Page**

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | |



### Subject Interior

66 Madison Ave
| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 3,750 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 3 |
| Location | Residential |
| View | Residential |
| Site | 2295 sf |
| Quality | Average |
| Age | 127 |



### Subject Interior



### Subject Interior

**Comparable Photo Page**

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | |
| City | Jersey City | County | Hudson | State | NJ | Zip Code 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | |



### Comparable 1

55 Atlantic St
Prox. to Subject
Sales Price            375,000
Gross Living Area      2,563
Total Rooms            11
Total Bedrooms         5
Total Bathrooms        3
Location               Residential
View                   Residential
Site                   2500 sf
Quality                Average
Age                    117



### Comparable 2

309 Claremont Ave
Prox. to Subject
Sales Price            385,000
Gross Living Area      1,996
Total Rooms            8
Total Bedrooms         4
Total Bathrooms        2
Location               Residential
View                   Residential
Site                   1975 sf
Quality                Average
Age                    107



### Comparable 3

49 Randolph Ave
Prox. to Subject
Sales Price            425,000
Gross Living Area      1,986
Total Rooms            11
Total Bedrooms         6
Total Bathrooms        2
Location               Residential
View                   Residential
Site                   3125 sf
Quality                Average
Age                    107

## Supplemental Addendum

File No. 66 Madison Ave

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 66 Madison Ave | | | | | | |
| City | Jersey City | County | Hudson | | State | NJ | Zip Code 07304 |
| Lender/Client | Basuoni, Al Moataz B. & Ahmed A. | | | | | | |

**• GP Restricted: Sales Comparison Approach - Summary of Sales Comparison Approach**
Subject's current use is a three family, subject has no  recent updates, the second and third floor are tenant occupied.
Condition is considered poor( C6) see below for comments on condition. Comparables are all selected from the same town of
Jersey City.  All comps are similar distressed sales, REO's, cash financing and 203k loan sales were considered.   Estimate of
value is based on a marketing time of 90-180 days if properly priced.   Consideration was given to all comparables,  greatest
weight was given to comps two and three the sales without off street parking.   Land  was adjusted at 10$psf.  Per
conversations with local realtors it is difficult to measure the amount of repairs necessary and what the existing improvements
might contribute to value in the comparbles, no adjustment noted for GBA.

In this appraiser's opinion the subject property is not in move in condition, a typical buyer for the subject property would be an
investor or contractor willing to do the necessary improvements/repairs noted in the addendum.   The appraiser has noted the
subject to be in C6 poor condition with interior repairs necessary on every floor due to a failing roof and heavy water damage.
(photos)  The appraiser considered similar age, condition, size and bedroom count multi family homes in the subject's
neighborhood. Condition was given greater weight when selecting comparables.   The appraiser considered MLS multi family
sales offered as investor, handyman special, REO, cash sales, 203k loan and knockdowns in the subject's neighborhood.


*****The Intended User of this appraisal report is the client .  The Intended Use is to evaluate the property that is the subject of
this appraisal for curent market value, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of
this appraisal report form, and the Definition of Market Value. No additional intended Users are identified by the appraiser.

This report is based on the extraordinary assumption of no underground oil tank is leaking or has leaked on the property. Use of
assumption may affect results.  Per client there is an underground oil tank in the front yard, it is not in use and condition is
unknown.

 The sales used are the best available and are considered to be good indicators of value.
All warranted adjustments (are rounded) in this report, including but not limited to GBA, bathroom count and condition, were
derived based on the differences extracted from the comparables used in this report/sales data along with this Appraiser's
knowledge of and experience in the area as well as based on conversations held with other real estate professionals:
appraisers, local builders and realtors from within the subject's area.   The appraiser is not a home inspector and the appraisal
report is not a home inspection. The appraiser only performed a visual observation of accessible areas and the appraisal report
cannot be relied upon to disclose conditions and/or defects in the property.


*****When performing the inspection of this property, the appraiser visually observed areas where readily accessible. The
inspection is not technically exhaustive. The inspection does not offer warranties or guarantees of any kind. The appraisal
should not be relied on as a substitute for a home inspection. It is assumed within this report that there were no structural
defects, no mechanical issues with the heating and cooling systems, no major issues with pipes/water system that would have
an impact on the value or marketability of the subject property. The appraiser does not profess to have the skill or expertise to
make such inspections. The appraiser does not profess to be an expert in the field of home renovations. It is recommended that
a professional in the field of home renovations inspect the property to determine the exact cost to complete the repair or any
structural and or functional issues discovered in such inspection.

Mold and Liability
"The appraiser is not qualified to determine whether or not the house has mold, the cause of the mold, the type of mold, or
whether the mold might pose any risk to the property or its inhabitants. Additional inspection by a qualified professional is
recommended." "The appraiser is not a home or environmental inspector. The appraiser provides an opinion of value. The
appraisal does not guarantee that the property is free of defects or environmental problems. The appraiser performs an
inspection of visible and accessible areas only. Mold may be present in areas the appraiser cannot see. A professional home
inspection or environmental inspection is recommended." Consequently, the appraiser hereby expressly reserves the right to
alter and/or amend the value conclusion in this report if subsequent events and/or detailed inspections as outlined above
disclose conditions which the appraiser may have been inadvertently unaware of at the time of the original inspection and which
may impact on the value of the subject property.


The purpose of this appraisal is to establish a fair market value of the subject property with a retrospective
 effective date of  09/19/2022.   It was determined the sales comparison approach is the most appropriate method in estimating
the subject properties fee simple market value. *** I have not performed an appraisal or any appraisal services of the subject
property within the past 36 months.

 ***** Highest and best use was considered and it was determined the current use is legally and physically possible, financially
feasible and results in maximum profitability.   The current use as a three unit multi family was determined to be the highest and
best use.

Comments on condition:  per client the subject's current condition (11/2023) is very similar to the subject's condition in
September 2022.  Subject's roof appears to be the cause of most of the interior damage, the interior photos show water
damage on all three floors.   The subject is currently tenant occupied on the second and third floors , water is turned on but
there are several rooms with no electricity.  The basement boiler is disconnected , per client the subject is running electric
baseboard heat on the second and third floors.  Subject's chimney photo is provided by the roof contractor.  The subject's
overall condition is rated as poor, contractor estimates for repairs are attached to this report.



# Property Detail Report

 State Information Services

**For property located at**
66 Madison Ave, Jersey City, NJ 07304

APN: 06-18603-0000-00007-0000
Generation date: 11/27/2023

## Owner(s) Information

| | | | |
|---|---|---|---|
| Owners(s) name | BASUONI, AL MOATAZ B. & AHMED A. | Owner For | 17 years |
| Mailing Address | 5 EDWARD AVE. | Absentee | Yes |
| City, State Zip | OLD BRIDGE, NJ 08857 | Corporate Owned | No |

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| County | Hudson | Lot Acres | 0 | Class 4 Code | 0 |
| Municipality | Jersey City | Lot Sq Ft | 0 | Building Class | |
| Block / Lot / Qual | 18603 / 7 / — | Land Use | Residential | Building Desc | 3S-B-D-1U-H |
| Additional Lots | — | Land Desc | 25.50X90 IRR. | Building Sq.Ft. | 5000 |
| Census Code | 340170043002000 | Zoning | — | Year Constructed | 1895 |

## Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Assessed Year | 2023 | Land Value | $92,900 | Tax Exemption | 0 |
| Tax Year | 2023 | Improved Value | $507,900 | Deductions (Amount) | 0 |
| Calculated Tax | $13,499.98 | Total Assessed Value | $600,800 | Tax Rate (2023) | 2.247 |
| Special Tax Codes | — | | | Tax Ratio (2023) | 82.91 |

## Last Market Sale

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date | 06/16/2006 - 06/16/2006 | Buyer Name | BASUONI, AL MOATAZ B. & AHMED A. | Seller Name | |
| Sale Price | $1 | | | Seller Street | |
| Price / Sq.Ft. | $0 | Buyer Street | | Seller City, State | |
| Book / Page | 07928 / 00181 | Buyer City, State | | | |
| Assessor Code | | | | | |

## FEMA Flood

| Flood Zone | Flood Risk | Panel # | Effective Date | Parcel Coverage | SFHA |
|---|---|---|---|---|---|
| X | AREA OF MINIMAL FLOOD HAZARD | 34017C0104D | 08/16/2006 | 0.05 (100%) | No |

Disclaimer: The property information displayed here is obtained from various public records. StateInfoService, LLC makes no guarantees on the validity of the data presented. Although deemed reliable, information may not be accurate. Information should be independently confirmed and you use the information displayed here at your own risk.

# Property Detail Report

**For property located at**
66 Madison Ave, Jersey City, NJ 07304

**State Information** Services

APN: 06-18603-0000-00007-0000
Generation date: 11/27/2023

## Assessment History

**Tax Assessment Value**



**Total Tax**



## Tax History

| Tax Year | Total Tax | Change ($) | Change (%) | Land | Improved | Total |
|----------|-----------|-----------|-----------|------|----------|-------|
| 2023 | $13,499.98 | $775.04 | 6% | $92,900 | $507,900 | $600,800 |
| 2022 | $12,724.94 | $3,088.11 | 32% | $92,900 | $507,900 | $600,800 |
| 2021 | $9,636.83 | -$36.05 | -0% | $92,900 | $507,900 | $600,800 |
| 2020 | $9,672.88 | $420.56 | 5% | $92,900 | $507,900 | $600,800 |
| 2019 | $9,252.32 | $312.42 | 3% | $92,900 | $507,900 | $600,800 |
| 2018 | $8,939.90 | $1,100.9 | 14% | $92,900 | $507,900 | $600,800 |
| 2017 | $7,839.00 | $99.49 | 1% | $8,600 | $91,900 | $100,500 |
| 2016 | $7,739.51 | $220.1 | 3% | $8,600 | $91,900 | $100,500 |
| 2015 | $7,519.41 | $48.24 | 1% | $8,600 | $91,900 | $100,500 |
| 2014 | $7,471.17 | -$32.16 | -0% | $8,600 | $91,900 | $100,500 |
| 2013 | $7,503.33 | $283.41 | 4% | $8,600 | $91,900 | $100,500 |
| 2012 | $7,219.92 | $176.88 | 3% | $8,600 | $91,900 | $100,500 |
| 2011 | $7,043.04 | $105.52 | 2% | $8,600 | $91,900 | $100,500 |
| 2010 | $6,937.52 | $906.51 | 15% | $8,600 | $91,900 | $100,500 |
| 2009 | $6,031.01 | $451.31 | 8% | $8,600 | $91,900 | $100,500 |
| 2008 | $5,579.70 | $3 | 0% | $8,600 | $91,900 | $100,500 |
| 2007 | $5,576.70 | $375.9 | 7% | $8,600 | $91,900 | $100,500 |
| 2006 | $5,200.80 | $572.8 | 12% | $8,600 | $91,900 | $100,500 |
| 2005 | $4,628.00 | -$1 | -0% | $8,600 | $91,900 | $100,500 |
| 2004 | $4,629.00 | $0 | 0% | $8,600 | $91,900 | $100,500 |
| 2003 | $4,629.00 | $66.3 | 1% | $8,600 | $91,900 | $100,500 |
| 2002 | $4,562.70 | -$8.04 | -0% | $8,600 | $91,900 | $100,500 |
| 2001 | $4,570.74 | $1,732.79 | 61% | $8,600 | $91,900 | $100,500 |
| 2000 | $2,837.95 | $53.66 | 2% | $8,600 | $53,800 | $62,400 |

Disclaimer: The property information displayed here is obtained from various public records. StateInfoService, LLC makes no guarantees on the validity of the data presented. Although deemed reliable, information may not be accurate. Information should be independently confirmed and you use the information displayed here at your own risk.

property report - Page 3

# Property Detail Report

**State Information** Services

For property located at
66 Madison Ave, Jersey City, NJ 07304

APN: 06-18603-0000-00007-0000
Generation date: 11/27/2023

## Deed Registration

| Buyer | Seller |
|---|---|
| **BASUONI, AL MOATAZ B. & AHMED A.** | --- |
| --- | --- |
| --- | --- |

| | | | |
|---|---|---|---|
| Book | 07928 | Block | 18603 |
| Page | 00181 | Lot | 7 |
| NU Code | — | Qualifier | — |
| Serial Number | — | Class | — |
| Deed Date | 06/16/2006 | Sq Ft | — |
| Recorded | 06/16/2006 | Condo | — |
| Updated | 11/27/2023 | CL-4 Type | — |
| Sale Price | $1 | | |

## Additional Info

| | | | |
|---|---|---|---|
| Living Space | — | Land Value | — |
| Year Built | — | Improvement Value | — |
| Sales Ratio | — | Total Assessment | — |
| SR-NU-Code | — | | |

Disclaimer: The property information displayed here is obtained from various public records. StateInfoService, LLC makes no guarantees on the validity of the data presented.
Although deemed reliable, information may not be accurate. Information should be independently confirmed and you use the information displayed here at your own risk.

# Property Detail Report



**State Information** Services

**For property located at**
66 Madison Ave, Jersey City, NJ 07304

APN: 06-18603-0000-00007-0000
Generation date: 11/27/2023

**FEMA Flood**



| Code | Code Description | Area | Panel # | SFHA | |
|------|------------------|------|---------|------|--|
| X | AREA OF MINIMAL FLOOD HAZARD | 0.05 (100%) | 34017C0104D | No | ● FLOODWAY |
| | | | | | ● 1% ANNUAL CHANGE FLOOD HAZARD |
| | | | | | ● 0.2% ANNUAL CHANCE FLOOD HAZARD |
| | | | | | ● UNDETERMINED |

Disclaimer: The property information displayed here is obtained from various public records. StateInfoService, LLC makes no guarantees on the validity of the data presented.
Although deemed reliable, information may not be accurate. Information should be independently confirmed and you use the information displayed here at your own risk.

# Property Detail Report

**State Information** Services

**For property located at**
66 Madison Ave, Jersey City, NJ 07304

APN: 06-18603-0000-00007-0000
Generation date: 11/27/2023

## Tax Map Overlay



## Tax Map



Disclaimer: The property information displayed here is obtained from various public records.StateInfoService, LLC makes no guarantees on the validity of the data presented. Although deemed reliable, information may not be accurate. Information should be independently confirmed and you use the information displayed here at your own risk.

# ESTIMATE



**CRG Storm Contractor**

1162 Saint George St PMB173
Woodbridge Township, NJ 07001
Phone: (201) 380-1093
Email: crgstormcontractor@gmail.com
Web: www.facebook.com/CRGHomeImprovement

**Prepared For**

Mo Basuoni
66 Madison Ave
Jersey City, NJ 07304
(732) 325-1118

| | |
|---|---|
| Estimate # | 2090 |
| Date | 05/17/2023 |

| Description | Total |
|---|---|
| **Demolition** | $15,600.00 |
| - Partial demolition of a 3 unit building<br>- Clean up the basement/Remove all the debris | |
| **Main Level** | $39,500.00 |
| - Complete renovation of the first level<br>- Bathroom<br>- Kitchen<br>- Livingroom<br>- Bedrooms<br>- Install new ceramic flooring in the Kitchen and Bathrooms<br>- R&R the flooring in the living room and bedrooms | |
| **2nd Level** | $25,000.00 |
| - Complete renovation of the first level<br>- Bathroom<br>- Kitchen<br>- Livingroom<br>- Bedrooms<br>- Install new ceramic flooring in the Kitchen and Bathrooms<br>- R&R the flooring in the living room and bedrooms | |
| **3rd Level** | $25,000.00 |
| - Complete renovation of the first level<br>- Bathroom<br>- Kitchen | |

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

- Livingroom
- Bedrooms
- Install new ceramic flooring in the Kitchen and Bathrooms
- R&R the flooring in the living room and bedrooms

### Basement Remodel                                                    $45,000.00

- Prepare work area
- Install all green product materials on any concrete contact
- Install all necessary framing
- Install all fire-blocking applications
- Install insulation on all exterior walls
- Install drywall on the ceiling and walls
- Seal/paint ceilings and walls - Doors, baseboard, windows, and doors frames
- Install all light fixture
- The customer will provide a debris-free area of work or an additional $185/H to move any existing
personal items/debris from the work area.

### Common Area                                                         $15,600.00

- Repair the Drywall - Seal/Paint ceiling and walls (2 coats) - Stain/Paint stairway
- Repair the steps of the stairway
- R&R common area flooring

### Flat Roof SBA                                                       $10,500.00

-  Remove one layer of roofing, down to the deck.
-  Re-nail any loose wood.  If bad or rotten wood is discovered, it will be replaced at a price
of $2.20/SF
- Prepare the surface for the installation of the new roof
-  Clean up all job-related debris
- Install mechanical Basesheet
- Install SAS Granulated Cap Sheet
- Provide 15 yr Full GAF WARRANTY, which covers your roof on Labor and Materials
- Our Crews are licensed and insured
- Crews will maintain safety requirements at all times during the construction process

### Oil Tank Removal                                                    $15,500.00

- Remove the oil tank
- Test the ground for oil leak contamination
- Back fill dirt

### Dumpster fee                                                        $2,250.00

### General                                                             $14,250.00

- Repair the wood decoration on the front of the building
- Replace (13) windows

contractor estimate - Page 3

| HVAC | $30,000.00 |
|---|---|

- Install new furnace (3)
- Install new hot water heater (3)
- Minor plumbing included
- Replacement of baseboard and any damaged plumbing in side the apartment if any is needed, not included

| 6' Vinyl Fence | $9,000.00 |
|---|---|

- Jersey White Section 1 1/2"x5 1/2"x94"
- Jersey White Blank Post 5"x5"x9' (130") wall post
- Flat Post Cap White Standard Pyramid 5"x5"
- Jersey White Gate
- Hinges SS self-closing black
- 5" PVC Gate Handle Nylon black
- Metal Latch for PVC
- Aluminum post sleeve stiffeners 5"x5"

| Sidewalk | $10,000.00 |
|---|---|

- Remove and condition surface
- Refill with new gravel
- Install rebars
- Install new concrete
- The customer is responsible for the materials - debris removal

| Subtotal | $257,200.00 |
|---|---|
| New Jersey Tax | $13,362.63 |
| **Total** | **$270,562.63** |

**Notes:**

This quote does not include any major electrical or plumbing or any unforeseen code violation to be uncovered after demolition is completed.
This quote does not include any permit fees to be paid to the township.

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

contractor estimate - Page 4

We Propose Hereby to furnish material and labor - complete in accordance with the above specifications, Payment is to be made as follows: 50% deposit, then, and the rest at the final walkthrough.

Contingency: Neither party will be held liable for any delay or failure in the performance of this Agreement from any cause beyond its control and without its fault or negligence including but not limited to acts of God, acts of civil or military authority, government regulations, embargoes, epidemics, wars, terrorist acts, riots, insurrections, fires, explosions, earthquakes, nuclear accidents, floods, strikes, power blackouts, other major environmental disturbances, unusually severe weather conditions, inability to secure products or services of other persons or transportation facilities, or acts or omissions of transportation common carriers.

Conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



**CRG Storm Contractor**

1162 Saint Georges Avenue | PMT173 | Woodbridge
Township, New Jersey 07001
201 380-1093 | crgstormcontractor@gmail.com |
www.crgstormco.com

**RECIPIENT:**

**Mo Basuoni**
ambasuoni@aol.com

**SERVICE ADDRESS:**

66 Madison Ave
Jersey City, NJ 07304

| Quote #221 | |
| --- | --- |
| Sent on | Nov 22, 2023 |
| **Total** | **$29,268.56** |

1 of 4 pages

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

contractor estimate chimney - Page 2



## CRG Storm Contractor

1162 Saint Georges Avenue | PMT173 | Woodbridge
Township, New Jersey 07001
201 380-1093 | crgstormcontractor@gmail.com |
www.crgstormco.com

2 of 4 pages



# CRG Storm Contractor

1162 Saint Georges Avenue | PMT173 | Woodbridge
Township, New Jersey 07001
201 380-1093 | crgstormcontractor@gmail.com |
www.crgstormco.com

| Product/Service | Description | Total |
|---|---|---|
| Chimney Repairs | 1. **Inspection:**<br>- Conduct a thorough inspection of all four chimneys to assess the extent of damage and identify repair needs.<br><br>2. **Masonry Repair:**<br>- Repair any damaged or deteriorating masonry on the chimneys, including repointing mortar joints and replacing damaged bricks or stones.<br><br>3. **Flashing Repair:**<br>- Inspect and repair or replace chimney flashing to ensure a watertight seal between the chimney and the roof.<br><br>4. **Cap and Crown Repair:**<br>- Repair or replace chimney caps and crowns to prevent water intrusion and protect against weather elements.<br><br>5. **Liner Inspection:**<br>- Inspect chimney liners for any cracks or damage. Repair or replace liners as needed to ensure proper venting.<br><br>6. **Brick Sealing:**<br>- Apply a waterproof sealant to protect the masonry from water damage and enhance longevity.<br><br>7. **Chimney Leaks Resolution:**<br>- Address any leaks or water-related issues affecting the chimneys.<br><br>8. **Structural Integrity Check:**<br>- Check the structural integrity of the chimneys, addressing any issues that may compromise their stability.<br><br>9. **Fireplace Damper Inspection:**<br>- Inspect and repair or replace fireplace dampers as necessary to ensure proper operation.<br><br>10. **Chimney Cleaning:**<br>- Clean the chimneys to remove any creosote buildup or debris that may pose a fire hazard.<br><br>11. **Chimney Cap Installation:**<br>- Install or replace chimney caps to prevent birds, debris, and rainwater from entering the chimneys.<br><br>12. **Safety Inspection:**<br>- Conduct a safety inspection to ensure that the chimneys meet all safety standards and code requirements.<br><br>13. **Documentation:**<br>- Provide the client with documentation outlining the repairs performed, including before-and-after photos if applicable.<br><br>14. **Cleanup:**<br>- Remove debris, dust, and any leftover materials from the chimney repair process.<br><br>**Note:** | $22,100.00 |

3 of 4 pages



# CRG Storm Contractor

1162 Saint Georges Avenue | PMT173 | Woodbridge
Township, New Jersey 07001
201 380-1093 | crgstormcontractor@gmail.com |
www.crgstormco.com

| Product/Service | Description | Total |
|---|---|---|
| Fire Scape Repair | Certainly, here's a 1. **Assessment:**<br>- Conduct a thorough assessment of the fire damage to identify areas requiring repair.<br><br>2. **Fire Damage Repair:**<br>- Repair and restore areas affected by fire damage, including structural components and surfaces.<br><br>3. **Rust Removal:**<br>- Remove rust from metal surfaces using appropriate methods, such as wire brushing, sanding, or chemical treatment.<br><br>4. **Surface Preparation:**<br>- Prepare surfaces for repainting by cleaning, smoothing, and priming as needed.<br><br>5. **Priming:**<br>- Apply a rust-inhibiting primer to prevent future rusting on metal surfaces.<br><br>6. **Painting:**<br>- Paint repaired and rust-free surfaces with high-quality, fire-resistant paint suitable for the specific materials.<br><br>7. **Color Matching:**<br>- Ensure color matching with the existing surroundings for a seamless appearance.<br><br>8. **Sealing:**<br>- Seal and protect repaired and repainted surfaces to enhance durability.<br><br>9. **Cleanup:**<br>- Remove debris, dust, and any leftover materials from the repair and painting process.<br><br>**Note:**<br>- The estimate includes labor and necessary repair materials, primer, and paint.<br>- Specialized fire-resistant paint will be used to meet safety standards.<br>- The scope is subject to adjustments based on the extent of fire damage and rust. | $5,350.00 |

This quote is valid for the next 30 days, after which values may be subject to change.

| | |
|---|---|
| Subtotal | $27,450.00 |
| New Jersey (6.625%) | $1,818.56 |
| Total | $29,268.56 |

4 of 4 pages

# INVOICE

**FROM:**

TPC APPRAISALS
TPC APPRAISALS
137 1/2 Washington Ave
Belleville, NJ 07109

Telephone Number: (201) 719-6307    Fax Number: (973) 273-4786

| INVOICE NUMBER | |
|---|---|
| 66 MAdison Ave | |
| **DATES** | |
| Invoice Date: | 11/21/2023 |
| Due Date: | |
| **REFERENCE** | |
| Internal Order #: | |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 66 Madison Ave |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**

Rita Desimone
34 Highland Ave
Glen Ridge, NJ 07028

E-Mail:
Telephone Number:                Fax Number:
Alternate Number:

## DESCRIPTION

| | | |
|---|---|---|
| Lender: | Basuoni, Al Moataz B. & Ahmed A. | Client: Basuoni, Al Moataz B. & Ahmed A. |
| Purchaser/Borrower: | n/a | |
| Property Address: | 66 Madison Ave | |
| City: | Jersey City | |
| County: | Hudson | State: NJ    Zip: 07304 |
| Legal Description: | Block: 18603 Lot: 07 | |

| FEES | AMOUNT |
|---|---|
| Full Appraisal 3 family | 700.00 |
| | |
| **SUBTOTAL** | 700.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:    Date:    Description: COD paid | 700.00 |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 700.00 |
| **TOTAL DUE** | $    0.00 |