| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-17394 / MBK**

Almoataz B Basuoni Jr.

Petition Filed Date: 09/19/2022
341 Hearing Date: 10/20/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $7,100.00 | 4078437 | 03/01/2023 | $7,100.00 | 90246400 | 03/29/2023 | $7,100.00 | 90779520 |
| 05/01/2023 | $7,100.00 | 91361030 | 05/30/2023 | $7,100.00 | 91903670 | 06/28/2023 | $7,100.00 | 92429520 |
| 07/27/2023 | $7,100.00 | 92938570 | 08/18/2023 | $7,100.00 | 93352410 | 09/26/2023 | $7,100.00 | 93972930 |
| 10/30/2023 | $7,100.00 | 94522090 | 11/28/2023 | $7,100.00 | 95019620 | 12/29/2023 | $7,100.00 | 95533200 |

**Total Receipts for the Period: $85,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $87,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Almoataz B Basuoni Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Moshe Rothenberg, Esq.<br>»»  AMD DISCLOSURE 3/5/23 | Attorney Fees<br>No Disbursements: No Check | $4,310.00 | $0.00 | $4,310.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,703.16 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  JUDGMENT DC #344/14 | Unsecured Creditors | $592.91 | $0.00 | $0.00 |
| 3 | FEDERAL HOME LOAN MORTGAGE CORP<br>»»  P/5 EDWARD AVE/1ST MTG | Mortgage Arrears | $338.34 | $0.00 | $0.00 |
| 4 | CITIMORTAGE, INC<br>»»  NP/66 MADISON AVE/1ST MTG/SV 8/24/23 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $473,985.97 | $0.00 | $0.00 |
| 5 | DEPT OF COMMUNITY AFFAIRS<br>»»  DJ-2016028158/CONSENT ORDER 5/15/23 | Secured Creditors<br>Hold Funds: Pending Resolution | $1,625.13 | $0.00 | $0.00 |
| 6 | DEPT OF COMMUNITY AFFAIRS<br>»»  VIOLATION PENALTIES/CONSENT ORDER 5/15/23 | Unsecured Creditors<br>Hold Funds: Pending Resolution | $4,752.82 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17394 / MBK**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $87,300.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $7,100.00 |
| Paid to Trustee: | $6,519.90 | Arrearages: | $0.00 |
| Funds on Hand: | $80,780.10 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

