| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>103 Eisenhower Parkway - Suite 100<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>**Cenlar FSB as servicer for CitiMortgage, Inc.**<br>By: Maria Cozzini, Esq. |
| In Re:<br><br>**Almoataz B Basuoni Jr.**<br><br><br>Debtor(s) |

Order Filed on February 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-17394-MBK
Chapter:   13
Evidentiary Hearing:  January 18, 2024
Judge:   Michael B. Kaplan, U.S.B.J.

**ORDER SETTING VALUE OF REAL PROPERTY LOCATED AT**
**66 Madison Avenue, Jersey City, Hudson County, NJ**
**For Debtor's Proposed Cram-Down,**
**Based Upon Evidentiary Hearing Held on January 18, 2024**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: February 5, 2024**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

The Court having read and considered the papers submitted, including the appraisal report dated November 29, 2023 prepared by Lance Brown on behalf of the Debtor, Almoataz B. Basuoni Jr., and the appraisal report dated October 3, 2023 prepared by Charles Ciolino on behalf of the Creditor, Cenlar FSB as servicer for CitiMortgage, Inc., and the Court having heard and considered the testimony of both appraisers at the evidentiary hearing held in this matter on January 18, 2024, and for good cause shown, it is

ORDERED, that the value of the Debtor's real property located at 66 Madison Avenue, Jersey City, Hudson County, New Jersey, is determined to be $600,000 as of September 19, 2022; and it is further

ORDERED, that Debtor's proposed cram-down contained in the Debtor's Plan filed in this Bankruptcy Case, shall be based upon a value of $600,000.00 for the real property located at 66 Madison Avenue, Jersey City, Hudson County, New Jersey; and it is further

The Creditor's attorney shall serve this Order on the Debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-17394-MBK
Almoataz B Basuoni Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Almoataz B Basuoni, 5 Edward Avenue, Old Bridge, NJ 08857-2101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor Bureau of Housing Inspection craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTI mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor Cenlar FSB as servicer for CitiMortgage Inc. mcozzini@sternlav.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Moshe Rothenberg     on behalf of Debtor Almoataz B Basuoni moshe@mosherothenberg.com
alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7